August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for ZION KORCZYNSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> vs.<br><br>ZION KORCZYNSKI,<br><br>         Defendant. | Case No. CR 18-0384 BLF<br><br>**SEALING ORDER** |

   For good cause shown, it is hereby ordered that the medical records submitted as <u>Exhibit A</u> to the Declaration of August Gugelmann in Support of Motion for Compassionate Release shall be filed under seal and not unsealed without further order of the Court.

Dated: _August 2, 2021_____

                     _____
                     Hon. Beth Labson Freeman
                     United States District Court